1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   LAW OFFICES OF
3  MICHAEL F. BOHN, ESQ., LTD.
   1880 E. Warm Springs Rd., Ste. 110
4  Las Vegas, Nevada  89119
   (702) 642-3113/ (702) 642-9766 FAX
5
   Attorney for defendant Nevada Title
6

7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9

10 | DIMITRITZA TOROMANOVA and DAVID WYNN | CASE NO.: 2:10-cv-02080 KJD-PAL |

11      Plaintiff,

12 vs.

13 SOMA FINANCIAL; WELLS FARGO, N.A.,
   MORTGAGE ELECTRONIC REGISTRATION
14 SYSTEMS INCORPORATED;  NEVADA TITLE;
   NATIONAL DEFAULT SERVICING
15 CORPORATIONN                            **DEFENDANT NEVADA TITLE'S**
                                           **MOTION TO DISMISS**
16

17      Defendants.

18

19      COMES NOW, defendant Nevada Title, by and through it's attorney, Michael F. Bohn, Esq. and

20 moves this Court to dismiss the plaintiffs complaint.  This motion is based upon the points and authorities

21 contained herein.

22      DATED this 2nd day of March, 2009.

23
                              LAW OFFICES OF
24                            MICHAEL F. BOHN, ESQ., LTD.

25

26
                              By:_____/s/_____
27                               Michael F. Bohn, Esq.
                                 Nevada Bar No. 1641
28                               1880 E. Warm Springs Road, Ste. 110
                                 Las Vegas, Nevada 89119
                                 Attorneys for defendant Nevada Title

                                    1

1

## **POINTS AND AUTHORITIES**

2

3      Rule 8 of the Federal Rules of Civil Procedure require only a short plain statement of the claim

showing that the pleader is entitled to relief.

4      The plaintiffs complaint is not short or plain.  It is several pages of incoherent gibberish,

5

6   regarding some sort of code and vessel court, and appears to have been plagiarized from some

information on the internet.  It does not comply with the Rules of Civil Procedure or the Local Rules of

7

this Court, and should be dismissed.

8

## **CONCLUSION**

9

10     The plaintiffs complaint fails to allege any specific claims regarding Nevada Title Company.  The

11  complaint alleges claims against "defendants" collectively without any specific detail of which party

12  committed each act.  The complaint should be dismissed for failure to state a claim.

13           DATED this 2nd day of December, 2010

14                                LAW OFFICES OF
                                 MICHAEL F. BOHN, ESQ., LTD.
15

16

17                               By:_____/s/_____
                                     Michael F. Bohn, Esq.
18                                   Nevada Bar No. 1641
                                     1880 E. Warm Springs Road, Ste. 110
19                                   Las Vegas, Nevada 89119
                                     Attorneys for defendant Nevada Title
20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF MAILING**

2

     I HEREBY CERTIFY that on the   2nd   day of December 2010, I served  a photocopy of the
foregoing **MOTION TO DISMISS**  by placing the same in a sealed envelope with first-class postage

3  fully prepaid thereon and deposited in the United States mails addressed as follows:

4

Dimitritza Toromanova
David Wynn Miller

5  P.O. Box 19153

6  Las Vegas, NV 89132

7

8                          /s/
                        An Employee of the LAW OFFICES OF

9                        BOHN & MORRIS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28