

:C.-S.-S.-C.-P.-S.-L.-FLAG OF THIS DOCUMENT-CORPORATION-VESSEL-COURT.
IN THE DOCUMENT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE NEVADA-TERRITORY.

:UNITED-STATES-DISTRICT-COURT IN THE DISTRICT OF THE ARIZONA-TERRITORY

# :QUO-WARRANTO-COMPLAINT-DOCUMENT:

| | |
|---|---|
| :Dimitritza: Toromanova [~BOX~19153-~LAS-VEGAS, ~NEVADA-~89132] :David-Wynn: Miller. PLENIPOTENTIARY-JUDGE.[5166 NORTH-~63,~MILWAUKEE,~WISCONSIN-~53218] :SYNTAX-WITNESS OF THE VASSALEES-FRAUD. :CLAIMANT-PLAINTIFF: :CONTEST-~VS. CYATHIA L. ALEXANDER, ESQ.[NEVADA BAR NO. 6718, ERICA STUTMAN, ESQ., NEVADA BAR NO. 10794 SNELL & WILMER L.L.P. [~3883 HOWARD HUGHES PARKWAY-~SUITE ~1100, LAS-VEGAS ~NEVADA-~89169] WELLS FARGO N.A.; SOMA FINANCIAL. MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.; AMERICA SERVICING CO NEVADA TITLE NATIONAL DEFAULT SERVICING CORPORATION. :VASSALEES-DEFENDANT: | ):CORPORATION-CASE-NUMBER- )~2:10-cv-02080-KJD-PAL. ) )FOR THIS CORRECT-SENTENCE-STRUCTURE- )COMMUNICATION-PARSE-SYNTAX-LANGUAGE IS )WITH THIS QUO-WARRANTO-COMPLAINT-DOCUMENT )AGAINST THE VASSALEES'-EVIDENCE-FICTION- )PARSE-SYNTAX-DOCUMENT BY THESE CLAIMANTS. )FOR THIS CLAIMANTS-EQUITY-CARETAKER'S- )WAGES-CLAIM: $343,596.00 OF THE LOCATION- )~145-~EAST-HARMON-AVENUE-~#519, ~LAS-VEGAS, ~NEVADA-~89109[LOAN-NUMBER-~8893626] |

FOR THESE TERMS OF THIS C.-S.-S.-C.-P.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT:
:VASSALEE-(WORD-MEANS) VASSAL=SERVANT OF THIS DOCUMENT, EE=PLOYEE-DOCUMENT.
:C.-S.-S.-C.-P.-S.-L.= CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-LANGUAGE.
:C.-C. = FOR THE DOCUMENT-CLAIM OF THIS DOCUMENT-VESSEL-COURT.
:D.-S.-C.-S. = FOR THE DOCUMENT-STATES-CLAIMS-SECTION = FOR THESE PARSE-SYNTAX-COMMUNICATION-WORD-CORRECTIONS OF AN AILING-*UNITED STATES TITLES* AND: *UNITED STATES CODES* WITH AN AILING-FICTION-PARSE-SYNTAX-MODIFICATION-LANGUAGE/CODES.
:DOCUMENT-VESSEL = FOR THE DOCUMENT-JOINING OF THE PERSON'S-COMPLIANCE IS WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR MORE-PERSONS.
:DOCUMENT-STATES = FOR THE CORPORATION OF THESE TWO-OR-MORE-PERSONS BY THE DOCUMENT-CLAIM.
:NOW-TIME-TENSE = :C.-S.-S.-C.-P.-S.-L.
:C.-S.-S.-C.-P.-S.-L.= :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-LANGUAGE.
:CONJUNCTION: AND: = ALSO, COMMAND, OR = OPTION, EITHER.
:F.-L.-F. = FOR THE FICTION-LANGUAGE-FORMAT.
:FICTION = :SPECT, FICTION, MODIFICATION, OPINION, *PRESUMPTION, ASSUMPTION,* APARTHEID, ILLUSION, MISTIC AND: PHANTOM.
:LODIAL =[ARTICLE] FOR THE SPECIFIC = A, AN, THE, THIS, THESE.
:POSITION = FOR, OF, WITH, BY,
:VASSALEE = FOR THE SERVANT-EMPLOYEE OF THIS COMPLAINT-DOCUMENT.
:VERB = FOR THE THINKING-MOTION OF A THOUGHT = IS = SINGULAR, ARE = PLURAL.
:VESSEL = FOR THE MARITIME :ORIGINAL-LOCATION.
:VOLITION = FOR THE CLAIMANT'S-KNOWLEDGE OF THE FACTS IS WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE VESSEL OF THE C.-S.-S.-C.-P.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-COMMUNICATIONS.
FOR THE TITLE-~28: D.-S.-C.-S.-~1331 OF THE COMPLIANCE-CLERK'S-DUTY IS WITH THE DOCKING OF THE DOCUMENT-VESSEL-COMPLAINT WITH THIS CORPORATION-CASE BY THIS DOCUMENT-VESSEL-COURT AND: WITH THE TITLE-~28: D.-S.-C.-S.-~1361 OF THE C.-S.-S.-C.-P.-S.-L.-DI-STRICT-COURT-CLERK BY THIS COURT-CORPORATION.

**FOR THIS CONSTITUTIONAL-DOCUMENT OF THIS COURT-DOCUMENT'S-LOCAL-RULES ARE WITH THE C.-S.-S.-C.-P.-S.-L.-VESSEL-COURT-CLAIMS OF THESE DOCUMENTING-STATES OF THIS CORPORATION-VESSEL-COMPLAINT:**

**:DOCUMENT-CLAIM-~1**: FOR THE C.-S.-S.-C.-P.-S.-L., OF THE DOCUMENT-FACTS **ARE** WITH THE FACT-AS-FACT-CLAIM BY THE C.-S.-S.-C.-P.-S.-L.-DOCUMENT-VESSEL.

**:DOCUMENT-CLAIM-~2**: FOR THE JUDGE'S-JUDGEMENT OF THE FACTS **IS** WITH THE **C.-S.-S.-C.-S.-L**-CLAIMS OF THE CORRECT-PARSE-SYNTAX-FACTS WITH THE NOW-TIME-CONTINUANCE-EVIDENCE BY THESE DOCUMENT-COURT-PERSONS.

**:DOCUMENT-CLAIM-~3**: FOR THE CONTRACTING-PERSON'S-KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-L.**-FACTS **ARE** WITH THE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING AND: GRIEVANCES WITH THE C.-S.-S.-C.-P.-S.-L.-ORIGINAL-JURISDICTION-COURT.

**:DOCUMENT-CLAIM-~4**: FOR THIS CORPORATION-CASE OF THIS COURT-VESSEL-DOCUMENT **IS** WITH THE C.-S.-S.-C.-P.-S.-L.-CLOSURE-CLAIMS OF THE SAME-LODIAL-VOLITION.

**:DOCUMENT-CLAIM-~5**: FOR THIS COURT-CONSTITUTION OF THE FACTS **ARE** WITH THE CLAIMS BY THE PERSON'S-C.-S.-S.-C.-P.-S.-L.-KNOWLEDGE.

**:DOCUMENT-CLAIM-~6**: FOR THE CLAIM OF A C.-S.-S.-C.-P.-S.-L.-CAPTURE-WARRANT or: C.-S.-S.-C.-P.-S.-L.-SEARCH-WARRANT IS WITH AN AUTOGRAPH OF THE JUDGE WITH THE C.-S.-S.-C.-P.-S.-L.-OATH BY THE C.-S.-S.-C.-P.-S.-L.-AUTHORITY-DUTY.

**:DOCUMENT-CLAIM-~7**: FOR THE WITNESSING OF A WITNESS'**S**-TESTIMONY **IS** WITH THE CLAIM AGAINST THE PERSONAL-SELF.

**:DOCUMENT-CLAIM-~8**: FOR THE WITNESS'S-KNOWLEDGE OF THE CORRECT-PARSE-SYNTAX-FACTS **IS** WITH THE CLAIMS OF THE WITNESSES, COUNSELS and: EVIDENCE-FACTS.

**:DOCUMENT-CLAIM-~9**: FOR THE TWELVE-(12)PERSON-JURY'S-KNOWLEDGE BY THE C.-S.-S.-C.-P.-S.-L.-CLAIMS ARE WITH THE CLAIMS BY THE CORRECT-PARSE-SYNTAX-TRIAL.

**:DOCUMENT-CLAIM-~10**: FOR THE TERMS OF A CONVICTED-PERSON'S-PUNISHMENT **IS** WITH THE C.-S.-S.-C.-P.-S.-L.-CLAIMS OF THE BAIL-TERM-CONDITIONS, FINANCIAL-TERMS/FINES and/or: JAILING-TERMS BY THIS DOCUMENT-COURT-JUDGE.

**:DOCUMENT-CLAIM-~11**: FOR THE DOCUMENT-COURT-FIDUCIARIES OF THESE FACTS **ARE** WITH THE DUTY-CLAIM or: ELECTION-CLAIM BY A C.-S.-S.-C.-P.-S.-L.-OATH WITH THIS CORPORATION-DOCUMENT.

**:DOCUMENT-CLAIM-~12**: FOR THIS DOCUMENT-COURT-VESSEL-DOCUMENT OF THE PERSON-STATES-HEREIN **ARE** WITH THE CLOSURE-CLAIM OF THE VOLITION WITH THE DOCUMENT, CONSTITUTION, TREATY, CO-OPERATION, DOCUMENT-STATES-CORPORATION, COMPACT, and: PERSONS'-TRUST-DOCUMENTS.

**:DOCUMENT-CLAIM-~13**: FOR THE JUDGE'S-KNOWLEDGE OF THESE CONSTITUIONAL-TERMS **IS** WITH THE CORPORATION-CASE-CLAIM OF THIS DOCUMENT-TERRITORY-COURT WITH THE CORRECTING-PARSE-SYNTAX-WRONGS BY THE **C.-S.-S.-C.-P.-S.-L.**-CERTIFICATION-JUDGE.

**FOR THESE CAUSES OF THIS QUO-WARRANTO-COMPLAIMT:**

~1 FOR THIS CLAIMANT-JUDGE'S-KNOWLEDGE OF THE DOCUMENT-EVIDENCE-FACTS **ARE** WITH AN AILING-VOLITION-CLAIM OF AN AILING-ANSWER WITH THE DOCUMENT-EVIDENCE OF AN **AILING-FRAUD AND: MISLEADING-PARSE-SYNTAX: TITLE-~15: D.-S.-C.-S.-~1692-~e** WITH THIS SUMMARY-CORRECTION-AUTHORITY: **TITLE-~42: D.-S.-C.-S.-~1986** AGAINST AN AILING-PARSE-SYNTAX-COMMUNICATIONS BY THE CYNTHIA L. ALEXANDER (# 6718), ERICA STUTMAN (#10794), SNELL & WILMER L.L.P., 3883 HOWARD HUGHES PARKWAY, SUITE 110, LAS VEGAS, NEVADA-~89169 AS THE ATTORNEYS FOR THESE VASSALEE-DEFENDANTS: WELLS FARGO BANK, N.A. AND: WITH THE NAME-CHANGE TO THE "WACHOVIA MORTGAGE" FROM THE "GOLD WEST SERVICE ASSOCIATION COMPANY" BY THE VASSALEE'S-AILING-DOCUMENT-PLEADING-EVIDENCE.

~2 FOR THE C.-S.-S.-C.-P.-S.-L.-CORRECTIONS OF THE FICTIONAL-PARSE-SYNTAX-MODIFICATION-COMMUNICATION-MORTGAGE-DOCUMENTS **ARE** WITH THE CORRECTION-CLAIMS BY THE VASSALEE'S-WRONG-WORD-COMMUNICATION-EVIDENCE.

~3 FOR THE CORPORATION-CASE-NUMBER-~2:10-CV-02080-KJD-PAL OF THE CLAIMANTS'-DOCUMENT-PERSONS'-DUTY **ARE** WITH THE C.-S.-S.-C.-P.-S.-L.-DUTY-CLAIMS BY THIS CORPORATION-CASE-DOCUMENT-CONSTITUTION.

~4 FOR THIS PLENIPOTENTIARY-JUDGE'S-KNOWLEDGE OF THE **TITLE-~42: D.-S.-C.-S.-~1986 WITH THE CORRECTION OF THE PARSE-SYNTAX-COMMUNICATION-VIOLATIONS** IS WITH THE DAMAGE-CLAIM BY THE **VASSALEES'-CONSPIRACY: TITLE-~42: D.-S.-C.-S.-~1985-~1** BY THE CONTRACT-PARTICIPATION WITH A **FRAUDULENT-PARSE-SYNTAX-LANGUAGE-'DEED OF TRUST'** AS AN EVIDENCE-FRAUD WITH THE NOW-TIME-DOCUMENT-DEFENDANTS'-'MOTION TO DISMISS PLAINTIFFS-COMPLAINT' BY AN AILING-FRAUDULENT-EVIDENCE-PARSE-SYNTAX BY THESE NUMBER-KEY-CODED-WORDS WITH THESE ATTORNEYS'-BABBLEING IN THE NAME OF THE VASSALEES.

~5 FOR THE **FALSE-SWEARING**-TIME-LIMITATIONS OF THE VASSALEES'-DOCUMENTS **ARE** WITH THE RUNNING-TIME OF THE FIRST-STATEMENT.

~6 FOR THE SWEAT-EQUITY WITH THE NEVADA-STATE-MINIMUM-WAGE-RATE WITHIN THE YEARS-~26-~JULY-~2006-TO THE CURRENT-DATE AS OF THIS FILE-STAMP IS WITH THE AN AILING-CAPTURE-CLAIM OF THE FRAUDULENT-PARSE-SYNTAX-MORTGAGE-DOCUMENT AGAINST THE CLAIMANT: HOMEOWNER/CARETAKER BY THESE VASSALEES.

~7 FOR THE CLAIMANTS'-FACTUAL- EVIDENCE OF THE AILING-VASSALEES'-N-DOCUMENTS **ARE** WITH THE DAMAGE-CLAIM OF AN ORIGINAL-JURISDICTION-TERRITORY WITHIN THIS DOCUMENT-COURT OF THE **TITLE-~28: D.-S.-C.-S.-~636** WITH THE PARSE-SYNTAX-CORRECTIONS BY THE C.-S.-S.-C.-P.-S.-L.-CORPORATION-CASE-VESSEL.

~8 FOR THE CLAIMS OF THE PARSE-SYNTAX-WORD-OPERATIONS AND: WITH AN AILING-SENTENCE-STRUCTURES **ARE** WITH THE DOCUMENTED-EVIDENCE-CLAIMS OF THE WRITTEN-VOLITIONS, PLEADINGS, NOTIONS, ORDERS, MOTIONS, CLAIMS, AND: JUDGEMENTS WITH THESE AILING-WRITTEN-DOCUMENTS BY THE VASSALEES-DOCUMENTS.

~9 FOR THE CLAIMANT'S-WRITTEN-DOCUMENT OF THE **FEDERAL-HOUSING-AUTHOTITY: DEED OF TRUST-FORM-~SD003A ARE** WITH THE PERFECT-PHYSICAL-EVIDENCE-DAMAGE-CLAIMS OF THE **'DEED OF TRUST-DOCUMENT'** WITH THE TITLE-~42: D.-S.-C.-S.-~1986 WITH THE KNOWLEDGE OF AN AILING-FRAUDULENT-DOCUMENT WITH AN AILING-CAPTURE-ORDER AGAINST THE CLAIMANT'S-EQUITY-VALUE-TRUSTEE AND: CARETAKER.

~10 FOR THE CLOSURE-FRAUD OF THE VASSALEE'S-WRONG-WORD-MEANINGS AND: WITH THE CLOSURE-FRAUD OF THE SENTENCE-STRUCTURES **ARE** WITH THESE VIOLATIONS-CLAIMS OF THE **TITLE-~18: D.-S.-C.-S.-~1001**: FRAUDULENT-PARSE-SYNTAX-LANGUAGE AND: **TITLE-~15: D.-S.-C.-S.-~1692-~e** WITH THE FALSE-WRITINGS AND: MISLEADING-STATEMENTS WITH THIS **VESSEL-COURT'S-FRAUD-PENALTY-FEE: TITLE-~15: D.-S.-C.-S.-~78-~ff** BY THE VASSALEES. [FOR THE $25-MILLION-DOLLAR-FINE BY A CONFESSION]

~11 FOR THE CLAIMANT'S-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS BY THE VOLITION-PERJURY AND: ILL-WILLS WITH THE **TITLE-~18: D.-S.-C.-S.-~1621** BY THE FRAUDS AND: PERJURY OF AN OATHS, FICTION-JUDGMENTS AND: NOTIONS AND: MOTIONS BY THE VASSALEES.

~12 FOR THE VIOLATIONS OF THE **TITLE-~18: D.-S.-C.-S.-~641** IS WITH THESE DAMAGE-CLAIMS OF THE PARSE-SYNTAX-FRAUDS, MONETARY-FEES, PAYMENT-FEES, COMMERCE-FEES OR CRIMINAL-ACTS FROM THE PUBLIC-TAX-FUND AS THE VASSALEE'S-SALARY WITH THE **FRAUDULENT-LANGUAGE-PARSE-SYNTAX-OPERATION**-DOCUMENTS BY THE VASSALEES'-CONSPIRACY.

~13 FOR THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS **ARE** WITH THE CLAIM OF THE **C.-S.-S.-C.-P.-S.-L.**-DOCUMENT-CORRECTIONS BY THE DOCUMENT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE ARIZONA-STATE-TERRITORY-JUDGE.

~14 FOR THE BREACH OF THE CLAIMS OF THE CORPORATION-CASE-2:10-CV-02080-KJD-PAL IS WITH THE **TITLE-~42: CHAPTER-~16: D.-S.-C.-S.-~12182: BIAS/PARTIAL** THROUGH THE BREACHES OF THE **TITLE-~29: DOCUMENT-CLAIMS, :CHAPTER-~16: SECTION-~701-~c-~2,** WITH THE POLICY OF AN EQUAL-PARSE-SYNTAX-DUTY-DOCUMENT WITHIN THE **DOCUMENT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE ARIZONA-STATE-TERRITORY-VESSEL** WITH THE **TITLE-~42: D.-S.-C.-S.-~1986** WITH THESE PARSE-SYNTAX-CORRECTION BY THE CLAIMANTS.

~15 FOR THE SENTENCE-STRUCTURES-VIOLATIONS OF THE VASSALEES-PLEADINGS **ARE** WITH THE PRESUMPTIONS, ASSUMPTIONS, OPINIONS, APARTHEID, AILING AND: MODIFICATIONS OF THE WORDS WITH THE CLAIMANT'S-COUNCIL IN AN ORIGINAL-AILING-DOCUMENT-COURT.
~16 FOR THE WORDS OF AN ADVERB-MODIFICATIONS **ARE** WITH AN USE WITH THE SINGLE-[**PRE**]POSITION AND: SINGLE-LODIAL-[ARTICLE] OF AN ADVERB WITH THE VOID OF THE POSITIONAL-LODIAL-FACT-PHRASE WITH THE **SINGLE-WORD-MODIFIER** AS THE: **A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM, HE, HER, I, IN, JUST, OF, OVER, IT, HAS, HIS, HER, HOW, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR**, INTO THE VERB-FICTION-AILING-LAW AND/OR: VERB-FICTION-AILING-FACT BY THE VASSALEES.
~17 FOR THE DOCUMENT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE ARIZONA-STATE-TERRITORY **ARE** WITH THE DOCUMENT-CLAIMS OF THE WRITING-FACTS-EVIDENCES IN THE C.-S.-S.-C.-P.-S.-L.-CLAIMS OF THIS FIDUCIARY-OATH.
~18 FOR AN IDEA A ONE-THOUGHT AND: ONE-AUTHORITY-JURISDICTION WITH THE ONE-NOW-TENSE-TIME **IS** WITH THE PLEADING-CLAIMS OF THE DOCUMENT-COURT-CORPORATION WITH THE SUMMARY-CORRECTION BY THE JUDGE.
~19 FOR THE SECURITY OF THE C.-S.-S.-C.-P.-S.-L.-FACTS **ARE** WITH THE CLAIMS OF THE CORPORATION-CASE-NUMBER WITH AN AUTHORITY-JURISDICTION-COURT BY THIS DOCUMENT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE ARIZONA-STATE-TERRITORY.
~20 FOR THE JUDGE'S-KNOWLEDGE OF THE VASSALEES-WRITTEN-EVIDENCE **IS** WITH THE DAMAGE-CLAIMS OF THE SUMMARY-JUDGMENT-**C.-S.-S.-C.-P.-S.-L.**-CORRECTION BY THE CAPITOL-LETTERS WITH THE NAMES WITH THE DAMAGE BY THE VASSALEES.
~21 FOR THE FRAUDULENT-USES OF THE FACTS **ARE** WITH THE NEGATIVE-CLAIM OF THE PREFIXES: **AB, AC, AF, AN, DE, DIS, EM, EN, EX, IM, IN, MAL, MIS, NE, NO, NON, NOR, OB, OC, OP, OF, PRE, PRO, PRI, PRU, RE, SI, SUB, TO, UN**, OR WITH THE MODIFICATION OF THE FACT BY AN ADVERB OR ADJECTIVE-MODIFICATION WITH THE **C.-S.-S.-C.-P.-S.-L.**-CLAIM OF THE TITLE-~18: D.-S.-C.-S.-~1001 WITH THE FICTITIOUS-LANGUAGE OF THE SUMMARY-CORRECTIONS BY THIS PLENIPOTENTIARY-JUDGE.
~22 FOR THE FRAUDULENT AND: FICTIONAL-USE BY THE PARSE-SYNTAX-WORD-MODIFICATIONS **ARE** WITH THE DAMAGE-CLAIMS OF THE FACTS AS THE GERUND-VERBS, PRONOUNS OR: ADJECTIVES WITH THE PERJURY OF AN OATH WITH THE SAFE-GUARDING OF THE CLAIMANTS.
~23 FOR THE TITLE-~**42: D.-S.-C.-S.-~1985-~1** OF THE TWO-OR-MORE-AILING-FICTIONAL-PARSE-SYNTAX-FILINGS **IS** WITH THE FICTIONAL-PARSE-SYNTAX-CLAIMS OF THE CONSPIRACY BY THE VASSALEES. FOR THE CROSS-CLAIMS OF THIS CRIMINAL-CODE: **TITLE-~18: D.-S.-C.-S.-~241 IS** WITH THE CONSPIRACY-DAMAGE-CLAIM OF THE DOCUMENTING-VASSALEES WITH THE CORPORATION-SUPPORT OF THE FICTIONAL-COURT-ORDERS OF AN ADVERB-VERB-PARSE-SYNTAX-FICTION-LANGUAGE AS THE FICTION-PLEADING-FILINGS BY THE JUDGE.
~24 FOR THE TREATY OF THE **C.-S.-S.-C.-P.-S.-L. ARE** WITH THE NOW-TIME-FACTS OF THE POSITIONAL-LODIAL-FACT-PHRASES, (LODIAL=[ARTICLE]), AND: VERBS: **IS=SINGLAR**, AND: **ARE=PLURAL**, WITH THE SINGLE-IDEA-CONTENT-SENTENCE OF THE FACTS BY AN AUTHOR'S-CLOSURE-VOLITION.
~25 FOR THE **TITLE-~42: D.-S.-C.-S.-~1985-~2** OF AN OBSTRUCTING-COURT **IS** WITH THE MODIFICATION-VOID-LAW OF AN AILING-WORD-MEANING WITH AN AILING WORD-TERMS WITH THE FICTION-OPINION, MODIFICATION, *PRESUMPTION, ASSUMPTION* AND: *APARTHEID* AGAINST THE CLAIMANT BY THE VASSALEES'-**"DEED OF TRUST"**-DOCUMENT.
~26 FOR THE CLAIMANTS: OF THE EVIDENCE-FACTS AND: TESTIMONIES **ARE** WITH THE DAMAGE-CLAIM OF THE **TITLE-~42: D.-S.-C.-S.-~1985-~3** WITH THE DEPRIVATION-PLEADINGS OF THE FACTUAL-BANK-"DEED OF TRUST"-DOCUMENT OF THE CLAIMANT.

~27 FOR THE CLAIM OF THE COURT-CORPORATION **IS** WITH AN ORIGINAL-PORT-COURT OF THE SAME-LEVEL-PLANE WITH AN ORIGINAL-AUTHORITY-JURISDICTION WITH THE LAW OF THE DOCUMENT-STATES-CORPORATION-FLAG WITH THE CONSTITUTION OF AN OPERATIONAL-CLAIM WITH AN EVIDENTIAL-CLAIMS OF THE C.-S.-S.-C.-P.-S.-L.-FACT AS THE FACT WITH THE CORRECT-NOW-TIME-POSITIONAL-PHRASES OF THE CLOSURE WITH THE C.-S.-S.-C.-P.-S.-L.-DOCUMENT-CORRECTIONS BY THE VASSALEES.

~28 FOR THE **TITLE-~28: D.-S.-C.-S.-~1361** OF THE COMPLIANCE-DUTY **IS** WITH THE CLAIM OF THE CLERK WITHIN THE DI-STRICT-COURT OF THE C.-S.-S.-C.-P.-S.-L.-CLAIMS WITH THE C.-S.-S.-C.-P.-S.-L.-CORRECTION OF THE TITLE-~28: D.-S.-C.-S.-~636 BY THE COURT-CORPORATION.

~29 FOR THE VASSALEE'S-WRITING-SKILLS OF THE PLEADINGS **ARE** WITH THE FICTION-PRESUMPTIONS, OPINIONS AND: MODIFICATIONS OF THE FACTS AGAINST THE CLAIMANTS, BY THEIR CLOSURE AND: COVERY WITH THE FACTS BY THE VASSALEES.

~30 FOR THE CORRECTIONS OF THE WRONGS: **TITLE-~42: D.-S.-C.-S.-~1986 IS** WITH THE SUMMARY-CORRECTIONS OF THE STOPPING-FICTION-LANGUAGE-FORMATS WITH THE VASSALEES'-FRAUD, MODIFICATION, AILING, OPINIONS, PRESUMPTIONS AND: ASSUMPTION OF AN AILING-WORD-PARSE-SYNTAX-TERM WITH THE PAST-TIME-TENSE AND: FUTURE-TIME-TENSE OF THE WORDS WITH THE TWO-OR-MORE-VERBS OF AN ILLUSIONAL-SENTENCE WITH THE VOID-FACTS BY AN ILLUSIONAL-VASSALEE-BABBLING-FICTION.

~31 FOR THESE NEGATIVE-WORD-VOLITIONS: **NEGATIVE, NOT, WITHOUT, NO OR: WORDS THAT START WITH AN 'A','E','I','O','U'-VOWEL AND WITH THE FOLLOWEING-TWO-CONSONANTS ARE** WITH THE DAMAGE-CLAIM OF THE MODIFICATIONS-VOLITION WITH THE VACATING-CLAIMS OF THE CORRECT-CLOSURE-CONTRACT WITH THE VASSALEES OF THE CORPORATION-CASE-NUMBER.

~32 FOR THE HANDICAP-VICTIM-PERSON OF THE FICTIONAL-PARSE-SYNTAX-'DEED OF TRUST'-WRITING **IS** WITH THE DISABILITY-ACT-VIOLATION-CLAIM OF THE HANDICAPPING-CAUSE WITH THESE VASSALEES'-MOTION BY THAT PERSON'S-CLOSURE-CONTEMPT, APARTHEID, BIAS, CONTRACT-TREASON AND/OR: RAPE WITH THIS F.-L.-F.-COURT-JUDGMENTS OR: ORDERS BY THE FRAUDULENT-PARSE-SYNTAX-MORTGAGE-DOCUMENTS.

~33 FOR THE CLAIMANTS-KNOWLEDGE OF THE CLOSURE-CLAUSES: DOCUMENT-CLAIMS-~26-~e: CLOSURE-PORTING OF THE C.-C.-~60-~b: COVERY-EVIDENCE-FACTS **ARE** WITH AN AUTHORITY OF THE **TITLE-~42: D.-S.-C.-S.-~1986** WITH THE KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-L.** WITH THE DAMAGING-PARSE-SYNTAX-LANGUAGE-EVIDENCE BY THE FRAUDULENT-PARSE-SYNTAX-COMMUNICATION-MORTGAGE-DOCUMENTS.

## FOR THESE DAMAGE-CLAIMS BY THE CLAIMANT:

~34 FOR THE CLAIMANTS-KNOWLEDGE OF THESE FACTS **IS** WITH THE **EQUITY-DAMAGE-CLAIM** OF THE LOSS WITH THE **CARETAKER-TRUSTEE-FEES: $343,596.00,** OF THE **HOUSE AND: LAND-ADDRESS:-~145-~EAST-HARMON-AVENUE-~#519, ~LAS-VEGAS, ~NEVADA-~89109** WITH THE **TIME-DATE-~26-~JULY-~2006 TO THE NOW-TIME-~11-~JANUARY-~2011** WITH THE PAYMENT OF THE SWEAT-EQUITY AT THE MINIMUM-CARETAKER-CUSTODIAN-TRUSTEE'S-OCCUPANCY-WAGES-FEE WITH THE HOURS OF THIS OCCUPANCY-CARETAKER-WAGES WITH THE ARIZONA-STATE-LABOR-RATE WITHIN THE **YEARS:-~26-~JULY-~2006** TO THE CURRENT-DATE OF THIS FILE-STAMP WITH THE CORRECTION-COMMAND OF THESE PARSE-SYNTAX-FRAUDS WITH THE DAMAGES AGAINST THE CLAIMANT BY THE VASSALEES-BANK-FRAUD-CONFESSIONS.

~35 FOR THE PARSE-SYNTAX-COMMUNICATION-FRAUD-EVIDENCE OF THE EVIDENCE-FRAUDULANT-COMMUNICATION-MORTGAGE **IS** WITH THE **EQUITY-DAMAGE-CLAIM OF THE TITLE-~15: D.-S.-C.-S.-1692-~e BY THE FRAUD AND: MISLEADING-STATEMENT-DAMAGES: TITLE-~15: D.-S.-C.-S.-~78-~ff WITH THE CRIMINAL-PENALTIES OF THE $25-MILLION-DOLLARS BY THE NEVADA-STATE-ATTORNEY-GENERAL.**

**~36 FOR THESE SUPPORT-TERMS OF THESE DOCUMENT-CLAIMS ARE WITH THE DOCUMENT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE ARIZONA-STATE-TERRITORY.**
~1 FOR THE D.-C.-~4: FOR THE PROCESS OF THE SERVICE ~a WITH THE SUMMONS, ~b WITH THE FORM, ~c WITH THE SERVICE OF THE CLAIMS WITH THE VASSALEES, ~d WITH THE SUMMONS and: COMPLAINT WITH THE 21-DAYS-ANSWERING-BACK TO THE COURT, ~g WITH THE JOINING-PROOF OF THE SERVICE WITH THE CLERK OF THE COURT, ~h WITH A COURT-SCHEDULING-TIMES BY THE SERVICE, ~j WITHIN THE TIME-LIMIT OF THE 45-DAYS-JOINING-SERVICE.
~2 FOR THE D.-C.-~5 = WITH THE SERVICE: ~a WITH THE QUIREMENT; ~d WITH THE CLAIMS OF THE FILING; ~e FOR THE FILING WITH THE COURT-PORT-CLERK IS WITH THE SERVICE-CLAIMS OF THE PERSON OVER AN AGE OF THE 18-YEARS and: NOT IN THE MATTER OF THE CORPORATION-CASE.
~3 FOR THE D.-C.-~6 = WITH THE TIME: ~a WITH THE COMPUTATION-MONDAY-THROUGH-FRIDAY-STATE-CASES and: EVERYDAY-CONTINUANCE WITH THE FEDERAL COURT, DISTRICT COURT and: STATE COURTS. ~d WITH THE COMPLAINTS and: STATEMENTS ARE WITHIN THE SERVICE OF THE FIVE-DAYS-CLAIMS-NOTICES WITH THE TRIAL BY THE CLAIMANTS and: ONE-DAY-SERVICE WITH THE VASSALEES'-TRIAL.
~4 FOR THE D.-C.-~7 = WITH THE PLEADINGS: ~a WITH THE PLEADINGS IN THE C.-S.-S.-C.-P.-S.-L.; ~b WITH THE COMPLAINT OF THE C.-S.-S.-C.-P.-S.-L.-CLAIMS IS WITH THE DAMAGES BY THE C.-S.-S.-C.-P.-S.-L.-CORRECTION-SOUGHT. NOTE: FOR THE CLAIMS OF THE FRAUDS ARE WITH THE CLAIMANT'S-COMPLAINT BY THE SUING WITH THE CORRECTIONS BY THE CLEAR-MEANINGS WITH THE WORDS and: CLOSURES WITH THE COMPLAINT AGAINST AN AILING-PARSE-SYNTAX-LANGUAGE-FRAUD BY THE VASSALEES'-DOCUMENTS.
~5 FOR THE D.-C.-~8 = WITH THE CLAIMS OF THE PLEADINGS: ~a WITH THE CLAIMS OF THE DAMAGES BY THE COMPENSATION-FEES, MONEY, and: VALUE[PROPERTY]-C.-S.-S.-C.-P.-S.-L.-CORRECTIONS; ~b WITH THE C.-S.-S.-C.-P.-S.-L.-CLAIM; ~c WITH AN OATH-CLAIM IN THE C.-S.-S.-C.-P.-S.-L.-CLAIMS; ~d WITH THE FAILURE OF THE CORRECT-FACTS = :PERJURY, FRAUD, LIES, FICTION, PRESUMPTIONS, ASSUMPTIONS, OPINIONS, MODIFICATIONS and: [A]PARTHEID; ~e WITH THE PLEADINGS BY THE CONCISE-MEANINGS and: TERMS OF AN ONE-THOUGHT IN EVERY SENTENCE WITH THE CERTIFICATION OF THE CORRECT-POSITIONAL-LODIAL-FACT-PHRASE WITH EACH FACT and: FOR ONE VERB OF THE THINKING IN EVERY SENTENCE.
~6 FOR THE D.-C.-~9 = WITH THE PLEADINGS-SPECIAL ~b WITH THE CLAIMS OF THE FRAUDS ARE WITH THE CONDITION, WILL and: VOLITION OF THE MIND; ~e WITH THE JUDGEMENT OF THE FACT IN THE C.-S.-S.-C.-P.-S.-L.-CLAIM, ~f WITH THE NOW-TIME and: NOW-PLACE, ~g WITH THE NOW-TIME-FACTS IN THE C.-S.-S.-C.-P.-S.-L., ARE WITH THE DAMAGE-CLAIM BY THE CLAIMANTS.
~7 FOR THE D.-C.-~10: FOR THE FORM OF THE PLEADING IS WITH THE CLAIMS OF THE CAPTIONS IN THE CORRECT-FACTS, ~b WITH THE NUMBERING OF THE SENTENCES or: PARAGRAPHS and: PAGES; ~C WITH THE BONDING-(GLUEING, STITCHING or: MECHANICAL-RIVETTING) OF THE CORPORATION-CASE.
~8 FOR THE D.-C.-~11: FOR THE FRIVOLOUS-FILINGS OF THE WITNESS'S-PLEADINGS IS WITH THE DAMAGE-CLAIM OF THE SANCTION WITH THE FICTIONAL-PARSE-SYNTAX-COMMUNICATION BY THE COURT-VESSEL-DOCUMENT.
~9 FOR THE FACTS OF AN A.-S.-L.-F.-MODIFICATIONS ARE WITH THE PERJURY BY THE FRIVOLOUS-FILING.
~10 FOR AN AUTOGRAPH OF THE LEGAL-COURT-C.-S.-S.-C.-P.-S.-L.-CORRECTION IS WITH THE C.-S.-S.-C.-P.-S.-L.-LAW-DOCUMENT OF THE FIVE-DAY-TIME-LIMIT or WITH THE SANCTIONS and: FEES.
~11 FOR THE C.-S.-S.-C.-P.-S.-L.-SUMMARY-CORRECTIONS OF THE FICTIONAL-COURT-DOCUMENTS ARE WITH THE COLLUSION-CLAIM: TITLE-~28: CHAPTER-~85: D.-S.-C.-S.-~1359 FOR BY THE VALLASEES'-A.-S.-L.-F.
~12 FOR THESE SUMMARY-CORRECTIONS OF THE DOCUMENT-CLAIM-LIST: DOCUMENT-CLAIMS-~12-b:...
~13 FOR THE D.-C.-~12-~b-~7 OF THE JOINING ARE WITH THE CLAIMS OF AN AUTHORITY-JURISDICTION WITH THE 'LAW OF THE FLAG-DOCUMENT'.
~14 FOR THE D.-C.-~12-~b-~6 OF THE NOW-TIME-C.-S.-S.-C.-P.-S.-L.-PLEADINGS ARE WITH THE C.-S.-S.-C.-P.-S.-L.-FACTUAL-CLAIMS BY THE C.-S.-S.-C.-P.-S.-L.-DOCUMENTS.
~15 FOR THE D.-C.-~12-~b-~5 WITH THE CORRECT-PROCESS/LIVERY OF THE CASE-DOCUMENTS ARE WITHIN THE C.-S.-S.-C.-P.-S.-L.-CERTIFICATION OF THE COURT-CLERK WITH THE PROCESSING OF THE PAPERWORK WITH THE C.-S.-S.-C.-P.-S.-L.-CLAIM OF THE PORT-COURT.
~16 FOR THE D.-C.-~12-~b-~4: CORRECT-SERVICE OF THE PAPERWORK IS WITH AN AUTOGRAPH-CANCELATION ON THE UNITED-STATES-POSTAL-SERVICE-STAMP and: END-DORSEMENT ON THE TOP OF THE COVER-PAGE-BACK AND: ON THE DOCKETING-PORT-STAMP OF THE COURT.
~17 FOR THE D.-C.-~12-~b-~3: C.-S.-S.-C.-P.-S.-L.-VENUE OF THE COURT-FILINGS IS WITH THE C.-S.-S.-C.-P.-S.-L.-CLAIM BY THE PORT-COURT-DOCUMENT.
~18 FOR THE LAW OF THE FLAG ARE WITH THE CLAIM OF THE SANCTION WITH THE FOREIGN-JURISDICTION-MODIFICATION WITH THE COLOR, OBJECT or: SHAPE OF THE FACTS WITH AN AILING-MODIFICATION.
~19 FOR THE TRAPS IN THE TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING AND: TITLE-SITES ARE WITH THE FICTION-LANGUAGE-FORMAT BY AN AUTOGRAPH-CONFESSION.
~20 FOR THE D.-C.-~12-~b-~2: FOR THE COURT OF THE DOCUMENT-STATES-CORPORATION IS WITH THE DOCUMENT-CLAIM OF THE C.-S.-S.-C.-P.-S.-L.-PORT-JOINING-COURT- AUTHORITY BY THE TERMS-JURISDICTION.
~21 FOR THE D.-C.-~12-~b-~1: FOR THE KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-L.-FACTS IS WITH THE CLAIMS OF THE FACTS WITH AN AUTHORITY-JURISDICTION-CORPORATION-CASE BY THE DOCUMENT-TERMS.
~22 FOR THE CAUSE OF THE D.-C.-~9-~b, D.-C.-~12-b, D.-C.-~56-~d, and: D.-C.-~7 FOR THE DUE-

WITH THE COPYCLAIM/COPYRIGHT-~4-~JANUARY-~2011 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller AND: CLAIMANT: OF THE DOCUMENT-STATES-CORPORATION-VESSEL-COURT.    6

PROCESS; AND: WITH AN EQUAL-GUARANTEE OF THE TITLE-~42: D.-S.-C.-S.-~1985-~2 WITH THE DAMAGE OF THE CORRECT-FACTS BY THE CLAIMANT'S-WITNESSING and: FACT-EVIDENCE.
~23 FOR THE TITLE-~18: D.-S.-C.-S.-~1621: PERJURY OF AN OATH **IS** WITH AN USE OF THE COERCION: TITLE-~18: D.-S.-C.-S.-~1359 FOR THE RAPE OF THE PERSON WITH THE TITLE-~18: D.-S.-C.-S.-~4: PRISON BY A FICTION-FELONY-PLEADING WITH AN A.-S.-L.-F. and: FICTION-FACTS and: TITLE-~18: D.-S.-C.-S.-~3 IN THE PARTICIPATION WITH THE CRIMINAL-COMMUNICATION BY AN AILING-PARSE-SYNTAX-AUTHOR.
~24 FOR THE TITLE-~18: D.-S.-C.-S.-~242: FOR THE PERSON OF THE FICTIONAL-COLORING WITH THE DOCUMENT-LAW-STATUTES, ORDINANCE or: REGULATIONS **ARE** WITH THE DAMAGE-CLAIMS OF THE DOCUMENT IN THE NOW-TENSE WITH THE PARSE-SYNTAX-LANGUAGE-DISABILITY-VIOLATION BETWEEN THE TWO-OR-MORE-PERSON OF THE DOCUMENT-STATES-COURT-CORPORATION WITH THE KNOWLEDGE OF THE STYLES-PARSE-SYNTAX-VIOLATIONS.
~25 FOR THE POINT-IN-TIME-OATH OF A FIDUCIARY-PERSON **ARE** WITH THEIR FIRST-DUTY OF THE CORPORATION-OATH WITH THE SECOND-DUTY BY AN AUTHORITY-AUTOGRAPH.
~26 FOR THE PRONOUNS, ADJECTIVES, or: ADVERB-MODIFIERS IN AN AILING-LANGUAGE-FORMAT **ARE** WITH THE CLAIM OF THE **PERJURY: TITLE-~18: D.-S.-C.-S.-~1621** WITH A FRAUDULENT-PARSE-SYNTAX-CONTRACT.
~27 FOR **AN ADJECTIVE** OF THE COLORFUL-OPINION **IS** WITH THE MODIFICATION OF THE FACT, WITH THE TWO-OR-MORE-FACTS-JOINING WITH THE LAST-FACT OF THE FACT-PHRASE **IS** WITH THE CHANGING OF THE FIRST-FACT INTO AN ADJECTIVE AND: WITH THE ADJECTIVE-CHANGES TO THE SECOND-FACT-WORD INTO THE PRONOUN-PARSE-SYNTAX.
~28 FOR THE **D.-C.-~24:** FOR THE TITLE-~28: D.-S.-C.-S.-~2403 OF THE DOCUMENT-VESSEL **ARE** WITH THE **C.-S.-S.-C.-P.-S.-L.**-CHALLENGE OF THE DOCUMENT-FACTS.
~29 FOR THE D.-S.-C.-C.-DOCUMENT-CLAIM-~7 OF THE DUE-PROCESS-CLAIM AND: WITH THE TITLE-~42: D.-S.-C.-S.-~1985-~2 WITH AN EQUAL-GUARANTEE OF THE LAW: D.-C.-~12-b-~7, ~1, ~2, BY THE VASSALEES.
~30 FOR THE TITLE-~18: D.-S.-C.-S.-~1621: FOR THE CONDITION OF THE PERSON'S-KNOWLEDGE **IS** WITH THE WILLFUL-VOLITION-CLAIM OF A PAYMENT OR: FEE WITH THE WRONG-PARSE-SYNTAX-WRITINGS BY THE PERJURY.
~31 FOR THE PERSON'S-KNOWLEDGE OF A DOCUMENT-PARSE-SYNTAX **IS** WITH THE DAMAGE-CLAIM OF THE CONTRACT-PAPER-DOCUMENT WITH THE PAYMENT OR: FEES WITH THE PARSE-SYNTAX-FRAUD: D.-C.-~9-~b BY THE BREACH.
~32 FOR THE **D.-C.-~38-a:** FOR THE TRIAL BY THE TWELVE-PERSON-JURY **IS** WITH THE CLAIM OF THE SUMMARY-CORRECTION WITH THE **C.-S.-S.-C.-P.-S.-L.,** BY THIS DOCUMENT-COURT.
~33 FOR THE **D.-C.-~41-~a:** VOLUNTARY-WITHDRAW OF THE FILED-COMPLAINT **ARE** WITH A PARSE-SYNTAX-ERROR-CLAIM OF THE CORRECTION WITH THE TITLE-~42: D.-S.-C.-S.-1986, BY THE CLAIMANT.
~34 FOR THE **D.-C.-~49:** FOR THE FACTS OF THE CASES **ARE** WITH THE CORRECT-FACTUAL-CLAIMS-EVIDENCE.
~35 FOR THE **D.-C.-~50:** FOR THE NEW-TRIAL OF THE CASE **IS** WITH AN USE OF THE **C.-S.-S.-C.-P.-S.-L.-**PLEADINGS.
~36 FOR THE **D.-C.-~54:** FOR THE CLAIMS OF THE SUMMARY-JUDGEMENT **IS** WITH THE **C.-S.-S.-C.-P.-S.-L.-**CORRECTIONS BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller.
~37 FOR THE D.-C.-~55: OF THE FAULTS OF THE CORRECT-PARSE-SYNTAX WITH THE TIME-LIMIT-PARTICIPATION **ARE** WITH THE FAILURES OF AN ANSWERING WITH THE VASSALEES'-PLEADINGS OF THE **C.-S.-S.-C.-P.-S.-L.,** WITH THE COURT-DOCUMENT-TERMS.
~38 FOR THE D.-C.-~56: FOR THE SUMMARY-CORRECTIONS IN THE **C.-S.-S.-C.-P.-S.-L., ARE** WITH THE CLAIMS OF THE DAMAGES IN THE **C.-S.-S.-C.-P.-S.-L.-**CLAIMS BY THE CORRECT-DOCUMENT-PLEADINGS.
~39 FOR THE D.-C.-~57: FOR THE CLARATORY-JUDGEMENTS OF THE DAMAGES **ARE** WITH THE CLAIMS OF THE PHYSICAL-EVIDENCE-DAMAGES WITH THE **C.-S.-S.-C.-P.-S.-L.-**FACTS BY THE PERFECT-FACT-EVIDENCE-JUDGE.
~40 FOR THE **FALSE-SWEARING:** FOR THE TIME-LIMITATIONS OF THE CLAIMS **IS** WITH THE RUNNING-TIME OF THE FIRST-STATEMENT.
~41 FOR THE TITLE-~42: D.-S.-C.-S.-~1986: KNOWLEDGE OF THE DOCUMENT-DUTIES **IS** WITH THE CLAIM OF THE CORRECTION WITH THE WRONG-PARSE-SYNTAX-COMMUNICATIONS BY THE **C.-S.-S.-C.-P.-S.-L.-**DOCUMENT-AUTHORITY.
~42 FOR THE **POST- [PRE] POSITIONS: BY, OF, WITH, WITHIN, THROUGH, IN, ON, ARE** WITH THE NOW-TENSE-AUTHORITY-JURISDICTION-POSITIONAL-LODIAL-FACT-PHRASE WITH THE NOW-TIME-AUTHORITY.
~43 FOR THE **PRONOUN-PARSE-SYNTAX-VOID:** FOR THE PRONOUN OF THE FICTION **IS** WITH THE TERMS AS A TRAP IN THE COURTROOM WITH THE FICTION-VOID-COMMUNICATIONS.
~44 FOR AN AUTHORITY-JURISDICTION OF THE DOCUMENT-FACTS **ARE** WITHIN THE COURT-DOCUMENT-CLAIMS OF THE CORRECT-LODIAL-[ARTICLE] WITH THE CLAIMS OF AN AUTHORITY-JURISDICTION WITH THE CORRECT-POSITIONAL-LODIAL-FACT-PHRASE IN THE NOW-TIME-TENSE WITH THE LODIAL-[ARTICLE] IN THE NOW-TIME-TENSE WITH THE FACT IN THE NOW-TIME-TENSE WITH THE WORDS OF THE SENTENCE.
~45 FOR THE **FRAUD-FACT-PERJURY:** FOR THE CLAIMS OF THE FACT, BELIEF, KNOWLEDGE **IS** WITH THE WITNESSING-CLAIMS OF THE FACTUAL-EVIDENCE WITH AN OATH or WITH THE DUTY BY THE FIDUCIARY'S-DOCUMENT-OATH.

~46 FOR THE TITLE-~**42: D.-S.-C.-S.-~1985-~3:** FOR THE BIAS OF THE VESSEL-DOCUMENT **IS** WITH THE

PERSON-CLAIM OF THE DOCUMENT-STATE-TERRITORY WITH THE CONSPIRING OF THE GUISE, WITH THE VACATING, EITHER THE DIRECTION OF THE PERSON or: CLASS OF THE PERSON'S-EQUAL-GUARANTEE OF AN **EQUAL**-DOCUMENT-CLAIM WITH THE HINDRANCE OF A DOCUMENT-AUTHORITY or WITH THE JUDGE/ATTORNEY/PERSONS IN THE PERSON'S-CONSPIRACY OF THE THREATENING-PERSON WITH THE VOTE BY THE GIVING OF THE PERSON-SUPPORT/ADVOCACY IN THE LEGAL-MANNER, or BY THE DAMAGING OF THE PERSON/SELF or: PROPERTY OF THE SUPPORT IN THE CASE BY THE CONSPIRACY IN THE **TITLE-~42: D.-S.-C.-S.-~1985-~1**, WITH THE ONE-OR-MORE-PERSONS' OF THE CIVIL-CONSPIRACY-DAMAGE WITHIN THE DOCUMENT.
~47 FOR THE JUDGE'S-KNOWLEDGE OF THE FACTS **ARE** WITH THE DUTY-CLAIM OF THE CORPORATION-DOCUMENT IN THE **C.-S.-S.-C.-P.-S.-L.**, WITH THE CLAIMS OF THE PERSONS, or CORPORATIONS WITH THE KNOWLEDGE OF THE PARSE-SYNTAX-WORD-MEANINGS WITH THE DOCUMENT-AUTHORITY OF THE PEACEFUL-DUTY WITH THE JUDGE, POSTMASTER, BANK-BANKER, and: CLERK AS THE FIDUCIARY-PERSON.
~48 FOR THE **TITLE-~42: D.-S.-C.-S.-~1985-~2** WITH THE **[OB]STRUCTING** OF THE **CORRECT-FACTS**, BY THE THREATENING AGAINST A WITNESS WITH THE TWO-OR-MORE-PERSONS IN THE CONSPIRING WITH THE THREATENING OF A PERSON/WITNESS IN THE COURT or BY THE TESTIFYING WITH THE MATTER-PENDING IN THE COURT OF THE PERSON WITH AN ATTENDING, TESTIFYING, or: CONVINCING OF THE VERDICT or: CLAIM OF THE GRAND or: PETIT-JUROR, IN THE COURT, or WITH THE DAMAGING OF THE JUROR WITHIN THE PERSON-SELF-VALUES OF THE CLAIM WITH THE VERDICT OF THE JUDGEMENT WITH THE JUROR-DUTY OF THE TWO-OR-MORE-PERSONS-CONSPIRACY WITH AN OBSTRUCTING OF THE CORRECT-FACTS WITHIN THE COURT.
~49 FOR THE **[DIS]CRIMINATION = [A]PARTHEID**: FOR THE TREATMENT OF THE PERSON'S-QUALITY **IS** WITH THE DAMAGE-CLAIM OF THE NEGLECT WITH THE FAVORING OF THE ONE-PERSON WITH AN APARTHEID OF THE SECOND-PERSON. [WITH THE TITLE-~VII OF THE ~1964: DOCUMENT-CIVIL-RIGHTS-ACT]
~50 FOR THE '**TORT**' OF THE DOCUMENT-WRONGS **ARE** WITH THE CONSPIRACY-CLAIM AGAINST THE DUTY, PERSON, DOCUMENT or: CONSTITUTION BY THE FIDUCIARY'S-KNOWLEDGE OF THE WRONGFUL-PARSE-SYNTAX OF AN ACTUAL or: THREATENING, FEAR, WITH AN AILING-PARSE-DOCUMENT: **TITLE-~18: D.-S.-C.-S.-~871**.
~51 FOR THE **LARCENY** BY THE **FRAUD and: CHEATING IS** WITH THE CORRECTING OF THE FALSE-CLAIM.
~52 FOR THE FRAUDULENT-TAKING or: POSSESSION OF THE CLAIMS OF THE PERSON **IS** WITH AN A.-S.-L.-F., BY THE FIDUCIARY or: CONFIDENTIAL-PERSON.
~53 FOR THE **BREACH** OF THE COMMISSION, OMISSION, or: DOCUMENT OF THE DUTY, AUTHORITY, FIDUCIARY, TERMS, CONDITIONS **IS** WITH THE CLAIM AS THE NEGLIGENT-PERSON.
~54 FOR THE **RACKETEERING** OF AN ORGANIZATION-CONSPIRACY **IS** WITH THE COMMITMENT OF THE CRIMES WITH THE TORT/COERCION, RAPE or WITH THE COERCION OF THE LIFE, PARTY, PERSON, DOCUMENT or: CORPORATION BEYOND THE POINT OF THE COVERY WITH AN ENGINEERING OF A CLAIM WITH A DAMAGE AGAINST THE PERSON OR: PERSONS.
~55 **FOR AN ACTS** OF THE **RACKETEERING ARE** WITH AN OWNER'S-LODIAL-CLAIMS OF THE FINANCIAL-EQUITY-CLAIM IN THEIR BUSINESS, WITH THE MEANS OF THE THREAT WITH OVER-POWERING-FORCE.
~56 FOR THE LEGAL-NECESSARY-ELEMENT OF THE FEAR **ARE** WITH THE CLAIMS OF THE TORT IN AN ORAL or: WRITING WITH THE **TITLE-~42: D.-S.-C.-S.-~1985-~3**.
~57 FOR THE TITLE-~18: D.-S.-C.-S.-~242-~1 FOR THE 2-OR-MORE-PERSON OF THE COMING-TOGETHER WITH THE VOIDING OF A CORRECT-DOCUMENT WITH THE FIDUCIARIES OF THE DOCUMENT-COURT OF THE LAW, STATUTE, ORDINANCE, REGULATION, IN THE DOCUMENT-STATE-**CORPORATION-COURT** WITH THE TWO-DIFFERENT-PUNISHMENTS, PAINS, PENALTIES or: TREATMENT ON AN ACCOUNT OF THE PERSON-BEING-FOREIGN = **(NO PUNCTUATION** IN THE **DEAD-NAME) = FICTION/FOREIGN**, or BY THE CLAIMS OF THE PERSON'S-COLOR, RACE, FAITH, or: SEX **ARE** WITH THE CLAIMS BY THE DOCUMENT-PUNISHMENT.
~58 FOR THE D**URESS**: FOR AN ILLEGAL-PURPOSE/THREAT OF THE PERSON'S-COMPLIANCE WITH THE THREAT OF THE BEATING, VIOLENCE, AND: PAIN or: LOSS OF THE FREEDOM BY THE PRISON WITH THE MENTAL or: FINANCIAL-HARM BY THE COERCING: **TITLE-~28 CHAPTER-~85: D.-S.-C.-S.-~1359.**(Controversial-force).
~59 FOR THE LAWYER or: ATTORNEY OF THE DOCUMENTING-SERVICES **IS** WITH THE DAMAGE-CLAIM OF THE C.-S.-S.-C.-P.-S.-L.-FAILURE, LOSS or: DAMAGES BY THEIR SERVICES.
~60 **FOR THE CLAIMANTS'-DAMAGE-CLAIMS BY THE VASSALEE'S FICTIONAL-LANGUAGE-DOCUMENTS ARE WITH THE VACATING-CLAIM OF THE FICTIONAL-DOCUMENTS WITH THE SANCTIONS AGAINST THESE VASSALEES AND: EQUITY-CLAIM-CARETAKER-FEES-PAYABLE TO THE CLAIMANTS.**

:_/s/ Dimitritza Toromanova_                          :SEAL
:**Dimitritza: Toromanova.**
:                                                    :SEAL :David-Wynn: Miller, [:**PHONE:414-466-3584**] ~5166
**NORTH-~63rd STREET, ~MILWAUKEE, ~WISCONSIN-~53218]**

1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Erica Stutman, Esq.
   Nevada Bar No. 10794
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway,
4  Suite 1100
   Las Vegas, NV 89169
5  Telephone (702) 784-5200
   Facsimile (702) 784-5252
6  Email: calexander@swlaw.com
   Email: estutman@swlaw.com                ITALIC=OMIT-VOID.
7  *Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly
   named as Wells Fargo N.A. and America's Servicing Company)*
8
                        UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10

11

12  DIMITRITZA TOROMANOVA and
    DAVID-WYNN:MILLER                       CASE NO. 2:10-cv-02080-KJD -PAL
13
              Plaintiffs,
14
    vs.
                                            DEFENDANT WELLS FARGO BANK,
15  WELLS FARGO N.A., SOMA                  N.A.'S MOTION TO DISMISS
    FINANCIAL, MORTGAGE
16  ELECTRONIC REGISTRATION
    SYSTEMS INC., AMERICA'S
17  SERVICING CO., NEVADA TITLE,
    NATIONAL DEFAULT SERVICING
18  CORPORATION,

19            Defendants.

20
21     Defendant Wells Fargo Bank, N.A., incorrectly named as "Wells Fargo N.A." and
22  America's Servicing Company[1] ("Wells Fargo") moves to dismiss Plaintiffs' Complaint in its
23  entirety with prejudice under FRCP 12(b)(6) and FRCP 8.
24                    **MEMORANDUM OF POINTS AND AUTHORITIES**
25     Plaintiff's Complaint must be dismissed because it is incomprehensible. The complaint
26  does not comply with Rule 8 of the Federal Rules of Civil Procedure, which states that
27     A pleading that states a claim for relief must contain:

28  [1] America's Servicing Company is the doing business as name of the servicing division of Wells
    Fargo Bank, N.A.
    12310347

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

   (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

   (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

   (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

FRCP 8(a).

   Here, the Complaint does not contain any short and plain statements, but rather, is written in a form of language that is unintelligible to Wells Fargo. The failure to comply with FRCP 8(a) necessitates dismissal.

   Additionally, a defendant is entitled to dismissal of a complaint when a plaintiff fails to state a claim upon which relief can be granted. FRCP 12(b)(6). To survive a motion to dismiss, "[f]actual allegations must be enough to raise a right to relief above the speculative level." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).   A complaint must be dismissed if it does not include "enough facts to state a claim to relief that is plausible on its face." Id.

   To the extent the complaint contains any facts at all, it certainly does not include on its face enough facts to state any claims to relief, as Wells Fargo is unable to understand the statements in the complaint.  Because the Complaint does not give Wells Fargo any notice as to the nature of the claims against it, the Complaint must be dismissed in its entirety with prejudice.

Dated: December 23, 2010                         SNELL & WILMER, L.L.P.


                                                 By: /s/Cynthia L. Alexander
                                                     Cynthia L. Alexander, Esq.
                                                     Erica Stutman, Esq.
                                                     3883 Howard Hughes Parkway, Suite 1100
                                                     Las Vegas, NV 89169
                                                     *Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo N.A. and America's Servicing Company)*

12310347

- 2 -

```
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Erica Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway,
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: calexander@swlaw.com
Email: estutman@swlaw.com
```
*Attorneys for Defendant Wells Fargo Bank, N.A. (Incorrectly named as Wells Fargo N.A. and America's Servicing Company)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA and DAVID-WYNN:MILLER<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO N.A., SOMA FINANCIAL, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AMERICA'S SERVICING CO., NEVADA TITLE, NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Defendants. | CASE NO. 2:10-cv-02080-KJD-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES FOR WELLS FARGO BANK, N.A.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant Wells Fargo Bank, N.A., incorrectly named as "Wells Fargo N.A." and "America's Servicing Company"[1], certifies that the following have an interest in the outcome of this case or are related to entities interested in the case:

Wells Fargo Bank National Association a/k/a Wells Fargo Bank, N.A.;

Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Equity; and

---

[1] America's Servicing Company is the doing business as name of the servicing division of Wells Fargo Bank, N.A.

12366765.1

1  Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. d/b/a America's
2  Servicing Company.
3  These representations are made to enable judges of the Court to evaluate possible
4  disqualification or recusal.
5  Dated: December 23, 2010                                   SNELL & WILMER, L.L.P.

By: /s/ Erica Stutman
    Cynthia L. Alexander, Esq.
    Erica Stutman, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Wells Fargo Bank,
    N.A. (incorrectly named as Wells Fargo
    N.A. and America's Servicing Company)*

12360705.1

## CERTIFICATE OF SERVICE

This is to certify that I, DIMITRITZA TOROMANOFF, have forwarded this date of JAN 12, 2011 a true and correct copy of the above and foregoing document by US Mail, postage fully prepaid to:

Cynthia Alexander, Esq
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas NV 89169

3