Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Erica Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: calexander@swlaw.com
Email: estutman@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo N.A. and America's Servicing Company)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA and DAVID-WYNN:MILLER<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO N.A., SOMA FINANCIAL, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AMERICA'S SERVICING CO., NEVADA TITLE, NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Defendants. | CASE NO. 2:10-cv-02080-KJD -PAL<br><br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

Defendant Wells Fargo Bank, N.A., incorrectly named as "Wells Fargo N.A." and America's Servicing Company[1] ("Wells Fargo") files this reply in support of its Motion to Dismiss Plaintiffs' Complaint, ECF #5.

**MEMORANDUM OF POINTS AND AUTHORITIES**

As explained in the Motion to Dismiss, Plaintiff's Complaint must be dismissed for failure to comply with FRCP 8 because Wells Fargo is unable to comprehend the statements in the Complaint. Additionally, the Complaint does not survive a motion to dismiss under FRCP

---

[1] America's Servicing Company is the doing business as name of the servicing division of Wells Fargo Bank, N.A.

12456597

1  12(b)(6) because it does not contain on its face sufficient facts to state a claim to relief. In sum, Wells Fargo does not have notice of the nature of the claims against it.

This Court should grant the Motion to Dismiss for the reasons stated therein, and because Plaintiffs failed to file points and authorities in response to the motion. Pursuant to Local Rule 7-2(b), points and authorities in response to the Motion to Dismiss were due January 10, 2011. Local Rule 7-2(d) states that the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Plaintiffs filed a document on January 13, 2011 (ECF #11), but such document is not a response to the Motion to Dismiss. The document appears on the docket as "Supplement: Quo-Warranto-Complaint-Document" and the document is titled "Quo-Warranto-Complaint-Document" rather than a response or opposition to the Motion to Dismiss. Even if the document was filed in response to the Motion to dismiss, it does not contain reference to any legal authority in support of any claims, and like the Complaint, Wells Fargo is unable to understand the document's contents. Because Plaintiffs failed to file points and authorities in response to the Motion to Dismiss pursuant to Local Rule 7-2, and because the Complaint does not comply with FRCP 8 and does not state any claims for relief, Wells Fargo requests that this Court grant its Motion to Dismiss with prejudice.

Dated: January 24, 2011

SNELL & WILMER, L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Erica Stutman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
*Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo N.A. and America's Servicing Company)*

12456597

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing DEFENDANT WELLS FARGO BANK, N.A.'S REPLY IN SUPPORT OF MOTION TO DISMISS by method indicated below:

| | |
|---|---|
| __X__ | U.S. Mail |
| _____ | Electronic Delivery |
| _____ | Facsimile Transmission |
| _____ | Federal Express |

And addressed to the following:

Dimitritza Toromanova
David Wynn Miller
P.O. Box 19153
Las Vegas, NV 89132
*Plaintiffs Pro Se*

Michael F. Bohn, Esq.
LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.
1880 E. Warm Springs Rd., Ste. 110
Las Vegas, Nevada 89119
*Attorney for Defendant Nevada Title Company*

Dated this 24th day of January, 2011.

An employee of Snell & Wilmer L.L.P.

12456597

- 3 -