

:C.-S.-S.-C.-P.-S.-G.-FLAG OF THIS DOCUMENT-CORPORATION-VESSEL-COURT.
**FOR THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT IN THIS NEVADA-TERRITORY**
**:CORPORATION-CASE-NUMBER~-2:10-CV-02080-KJD-PAL.**
**FOR THIS WRIT OF THIS MANDAMUS IS** WITH THE **C.-S.-S.-C.-P.-S.-G.-CLAIMS**
OF THE **QUO-WARRANTO-COMPLAINT-FAULT-JUDGEMENT.**
:**Dimitritza: Toromanova**[~P.O.-BOX-19153, ~LAS-VEGAS, ~NV.-~89031-5103]
:**David-Wynn: Miller,** :PLENIPOTENTIARY-JUDGE-WITNESS [~5166-~NORTH-~63, ~MILWAUKEE, ~WI.-~53218]
:CLAIMANTS:
:CONTEST:
PEGGY A.LEEN [UNITED STATES MAGISTRATE JUDGE]
SOMA FINANCIAL, WELLS FARGO, MORTGAGE ELECTRONIC REGISTRATION, AMERICA'S-SERVICING CO.
NEVADA TITLE, NATIONAL DEFAULT SERVICING CORPORATION.
:**VASSALEES-DEFENDANTS**:
**FOR THE TERMS OF THE ABBREVIATIONS:** [FOR THE SPACE-SAVING]
:**D.-C.-C.-V.** = DOCUMENT-CONTRACT-CLAIMS-VESSEL.
:**C.-S.-S.-C.-P.-S.-G.** = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:**D.-C.-C.** = FOR THIS DOCUMENT-CONTRACT-CLAIM-COURT-VESSEL
:**D.-C.-C.-S.** =:**DOCUMENT**-CONTRACT-CLAIMS-SECTION **IS** WITH THE GRAMMAR-CORRECTIONS
OF THE '*UNITED STATES CODES*'-NO-FACT-INTERPRETATION BY THE FRAUD-SYNTAX-GRAMMAR.
USA = UNITED STATES OF AMERICA, AMERICA=VERB-FICTION
:NOTE: ***F.R.C.P*** IS WITH THE CORRECTIONS AS THE DOCUMENT-CONTRACT-CLAIMS (**D.-C.-C.**)
~ = :PICTOGRAM OF THIS POST AND SET AS A **LOCATION-SYMBOL(~)**
:**VERB** = :THINKING-MOTION = 'IS' = :SINGULAR, 'ARE' = :PLURAL.
:**POSITION** = FOR, OF, WITH, BY, THROUGH, IN, ON.
:**LODIAL** [ARTICLES] = A, AN, THE, THIS, THESE.
**FOR THESE CLAIMANTS'-KNOWLEDGE OF THIS CONTRACT-DOCUMENT** ARE **WITH THESE CLAIMS BY THE C.-S.-S.-C.-P.-S.-G.-CAUSES.**
~1 FOR THIS QUO-WARRANTO-COMPLAINT OF THE TITLE-~42: D.-C.-C.-S.-~1986 WITH THE KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-G.** WITH THE STOPPING AND: CORRECTING OF THE PARSE-SYNTAX-GRAMMAR-COMMUNICATIONS **IS** WITH THIS FICTICIOUS-SYNTAX-CONVEYANCE OF THE FICTIONAL-COMMUNICATION-PARSE-SYNTAX-JUDGE'S-ERRORS:, " " = ORAL-OMIT-VOID, [ ]=OMIT-VOID, BOXING = OMIT-VOID, ( ) = VOID-OMIT, italic = void, two-spacing = void-continuance-syntax-rule-now-time-void, negative-words and (second-grade-reading/writing-level) OF THE **RICHARD H. WEARE** -FICTION-SYNTAX-GRAMMER-ASSUMPTIONS WITH THE **CONTRACT-DUTY** BY THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.**
~2 FOR THIS **WRIT OF THE MANDAMUS IS** WITH THE DAMAGE-CLAIM OF THE VASSALEES-DOCUMENT-FRAUD-COMMUNICATION-SYNTAX-VIOLATIONS: TITLE-~15: D.-C.-C.-S.-~1692-~E, AND PENALTIES: TITLE-~15: D.-C.-C.-S.-~78-~FF($25-MILLION-FINE FOR A CORPORATION) WITH THE FICTIONAL-PARSE-SYNTAX-COMMUNICATIONS: TITLE-~18: D.-C.-C.-S.-~1001 BY THIS CLAIMANTS'CONTRACT-CORPORATION-VESSEL.
~3 FOR THIS **DOCUMENT-CONTRACT-COURT-CORPORATION-CASE-NUMBER~-3:10-CV-02286 IS** WITH THE JURISDICTION BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
~4 FOR THE CLAIMANT'S-AUTOGRAPH-END-DORSEMENT OF THE BACK OF THE QUO-WARRANTO-COMPLAINT-TITLE-PAGE **ARE** WITH THE EQUITY-STAMP-FEE-PAID-CLAIMS OF AN AUTOGRAPH ON THE STAMP WITH THE DOCUMENT-CONTRACT-EQUITY BY THE CLAIMANTS.
~5 FOR THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT** OF THIS QUO-WARRANTO-COMPLAINT-DOCUMENT **IS** WITH THE CONTRACTING-TOGETHER-CLAIM OF THESE VASSALEES AND: CLAIMANTS WITHIN THIS **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.**
~6 FOR THE **Dimitritza: Toromanova**'s-KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-G. IS** WITH THE DAMAGE-CLAIM OF THE CONTRACT-BREACH WITH THIS **PEGGY A.LEEN'S**-FRAUDULENT-ASSUMPTION OF THE VOID-JURISDICTION WITH THE CLAIMANT'S-QUO-WARRANTO-COMPLAINT-CONSTITUTIONAL-**C.-S.-S.-C.-P.-S.-G.-TERMS** BY THIS **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.**

FOR THE COPYRIGHT/COPYCLAIM-DATE-~3-~FEBRUARY-~2011 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT & CLAIMANT: **Dimitritza: Toromanova.** 1

~7 FOR THE **FAILURE** OF THE **C.-S.-S.-C.-P.-S.-G.**-ANSWER WITH THE **C.-S.-S.-C.-P.-S.-G.-TERMS ARE** WITH THE FAULT-JUDGEMENT-CLAIMS OF THE CONTRACT-BREACH WITH AN ADVERB-VERB-OATH BY THE **PEGGY A.LEEN**-FRAUDULENT-ASSUMPTION.

~8 FOR THE **PEGGY A.LEEN** OF THE **C.-S.-S.-C.-P.-S.-G.**-COURT-DUTY-FILING **IS** WITH THE EQUITY-CLAIM BY THIS **CLAIMANTS'-C.-S.-S.-C.-P.-S.-G.**-FAULT-JUDGMENT.

~9 FOR THE VASSALEES'-FRAUDULENT-SUBJECT-MATTER AS THE JUDGE'S-FRAUDULENT-GRAMMAR-PHYSICAL-EVIDENCE AND WITH THE VASSALEE'S-FICTIONAL-PARSE-SYNTAX-GRAMMAR-COMMUNICATION: 'DEED OF TRUST' AND: VOID-GRAMMAR-SENTENCE-STRUCTURES **ARE** WITH THE FICTIONAL-SUBJECT-MATTER-VIOLATION-CLAIMS OF THE VASSALEES'-VOID-GRAMMAR-TRAVERSE-KNOWLEDGE WITH THE QUO-WARRANTO-COMPLAINT'S-**C.-S.-S.-C.-P.-S.-G.**-CLAIMS OF THE DAMAGING-FRAUD-CONSPIRACY AGAINST THE CLAIMANTS BY THE VASSALEES.

~10 FOR THE FACTUAL-CONTINUATION OF THE FICTIONAL-SYNTAX-GRAMMAR-DOCUMENTS **ARE** WITH THE DAMAGE-CLAIMS OF THE JUDGE'S-VOID-GRAMMAR WITH THE FICTIONAL-PARSE-SYNTAX-WORD-MEANINGS OF THE VOID-C.-S.-S.-C.-P.-S.-G. WITH THE FRAUD-COMMUNICATION-SYNTAX-VIOLATIONS: TITLE-~15: D.-C.-C.-S.-~1692-~E AND: CRIMINAL-PENALTIES: TITLE-~15: D.-C.-C.-S.-~78-~FF($25-MILLION-FINE) BY THE FOREIGN-CORPORATION-VESSEL WITH THE FICTION-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-VIOLATION: TITLE-~18: D.-C.-C.-S.-~1001 BY THESE VASSALEES'-CONSPIRACIES: TITLE-~18: D.-C.-C.-S.-~241.(5-HAWAII-SUPREME-COURT-JUDGES-VS-SYNTAX-GRAMMER-CHELLENGE-9-SUPREME-COURT-JUDGES-WAHINGTON-DC-FEB-2009)

~11 FOR AN AUTOGRAPH BY THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK IS** WITH THE DOCUMENT-QUO-WARRANTO-COMPLAINT-CLAIM ON THE FILE-STAMP WITH THE NOW-TIME-PORT-AUTHORITY-to-BANKER-to-POST-MASTER-to-COURT-CLERK-to-JUDGE-DUTY.

~12 FOR THE CLAIMANTS'-FILING OF AN ORIGINAL-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DUTY **ARE** WITH THE CLAIMANT'S-EQUITY-CLAIM OF THE DOCKETING-DOCUMENT-FEE-PAYMENT WITH A FILE-STAMP WITHIN THE UNITED-STATES-NEVADA-TERRITORY-DOCUMENT-PORT-DOCKETING-BUILDING OF THE FAULT-JUDGMENT-RULING WITH THE DOCUMENT-CONTRACT-DUTY-PLEADINGS-EVIDENCE BY THE CLAIMANTS.

~13 FOR THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT** OF THE DOCKING-FEE **IS** WITH THE TITLE-~28: D.-S.-C.-S.-~1331-DOCUMENT-CONTRACT-POSTAL-VESSEL BY THE COURT-CLERK.

~14 FOR THE DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CLERK NOW AS THE JUDGE **IS** WITH AN AUTHORIZATION-DUTY-CLAIM AGAINST THE FICTIONAL-FOREIGN-WORDS WITH THE VOID-CONSIDERATION OF THE VASSALEES-LACK WITH PARTICIPATION OF THE QUO-WARRANTO-COMPLAINT-C.-S.-S.-C.-P.-S.-G.-TERMS BY THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-CORPORATION-CASE-CLAIMANTS**.

~15 FOR THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT** BY THESE CLAIMANTS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-SANCTION-CLAIM OF THE VOID-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-GRAMMAR WITH THE TORT BY THE VASSALEES-HEREIN-CASE-EVIDENCE.

~16 FOR THE VASSALEE'S-JOINING OF THE CHARGING-HEREIN-FACTS **ARE** WITH THE **C.-S.-S.-C.-P.-S.-G.**-COMMAND-COMMUNICATION-DAMAGE-CLAIM OF THE VIOLATIONS AGAINST THE GRAMMAR-VIOLATION-COMMUNICATIONS, VOID-CONTINUANCE OF THE NOW-TIME-LINE-EVIDENCE WITH THE QUO-WARRANTO-COMPLAINT-RULES BY THE VASSALEES AGAINST THE CLAIMANTS.

~17 FOR THE CLAIMANT'S-WAGE-PAYMENT OF THE CARETAKER-TRUSTEE-GUARDIAN-WARDEN-DUTY WITH THE LAND AND: BUILDING-UPKEEP **IS** WITH THE **Dimitritza: Toromanova's**-WAGE-CONTRACT-CLAIMS BY THE QUO-WARRANTO-COMPLAINT-DOCUMENT-**CORPORATION-CASE-NUMBER-~2:10-CV-02080-KJD-PAL**.

:Dimitritza: Toromanova.   ~9-10-Feb-~20//

:David-Wynn: Miller. ~3-~-~2011   :David-Wynn: Miller, :PLENIPOTENTIARY-JUDGE-WITNESS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DIMITRITZA TOROMANOVA, et al.,

                Plaintiffs,

vs.

SOMA FINANCIAL, et al.,

                Defendants.

Case No. 2:10-cv-02080-KJD-PAL

**ORDER TO SHOW CAUSE**

This matter is before the court on Plaintiffs' failure to comply with this court's Order (Dkt., 4) requiring Plaintiffs to file a Certificate as to Interested Parties as required by LR 7.1-1. The court's Order (Dkt. #4) entered December 22, 2010, required Plaintiffs to file their Certificate as to Interested Parties no later than 4:00 p.m., January 5, 2011, and further advised Plaintiffs that their failure to timely comply with the court's order may result in sanctions. To date, Plaintiffs have failed to comply with this court's order.

The purpose of the certificate is to advise the court of all parties who may have an interest in the outcome of the case so that the assigned judges may evaluate whether they have a conflict of interest which requires recusal. Filing the certificate is a simple matter. Failing to comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the court's orders may result in sanctions up to and including case dispositive sanctions. If the Plaintiffs know of no other parties who may have an interest in the outcome of this case, a simple statement to that effect will suffice. Accordingly,

IT IS ORDERED Plaintiffs shall show cause, in writing, no later than January 24, 2011, why

///

///

///

1  sanctions should not be imposed for their failure to file a Certificate as to Interested Parties and their
2  failure to comply with this court's Orders (Dkt. ##1, 4).
3  Dated this 10th day of January, 2011.

Peggy A. Leen
United States Magistrate Judge

:Syntax-word-key-meaning:
1=Adverb       8=Past-time
2=Verb         9=Future-time
3=Adjective    0=Conjunction
4=Pronoun      NC=No-Contract

2

CASE # 2:10-CV-02080-KJD-PAL

COPY SENT TO:

Cynthia Alexander
3883 Howard Huges Prkwy
Su 1100
Las Vegas, NV, 89169

FROM:
Dimitritza Torcmanova
P.O Box 19153
Las Vegas, NV, 89132